UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN ANDREW NELSON, | No. 2:26-cv-1524 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| MULE CREEK HEALTH CARE SERVICE, et al., | |
| Defendants. | |

By order filed April 16, 2026, the complaint was screened and found to not state a claim for relief. ECF No. 13. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 4. Thirty days have passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.[1]

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

---

[1] The court notes that it also appears plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. Plaintiff's copy of the screening order was returned by the postal service. It has been more than thirty days since the order was returned and plaintiff has failed to notify the court of his current address. Although the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

IT IS FURTHER RECOMMENDED that the complaint be dismissed for failure to state a claim for the reasons set forth in the April 16, 2026 Screening Order (ECF No. 13). See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 4, 2026

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE