UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN ANDREW NELSON,

Plaintiff,

v.

MULE CREEK HEALTH CARE SERVICES, et al.,

Defendants.

No. 2:26-cv-1524 DC AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 16)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2026, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 16. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are ADOPTED;

2. The complaint is dismissed for failure to state a claim for the reasons set forth in the

April 16, 2026 screening order (ECF No. 13). *See* L.R. 110; Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge